UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In Re:                                                                 Case No. (CGM) 10-35291
MANNGARD, BRIAN                                                        Chapter 7

       Debtor(s).

TO THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY COURT

       TRANSMITTAL OF UNCLAIMED FUNDS

THOMAS GENOVA, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case. Your trustee has voided/stopped payment on all checks remaining unpaid. The names of the persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | | |
|---|---|---|
| #1003 | VICTOR AGUAYO<br>48-11 45 STREET, APT. 6C<br>WPPDSODE. MU 11377 | 2,530.26 |
| #1004 | NYS DEPT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY, NY 12227-0171 | 187.85 |
| #1008 | PABLO IRALA<br>134-10 MAPLE AVENUE, 1ST FLOOR<br>FLUSHING, NY 11355 | 50.21 |

2. Your trustee's check for $2,768.32, payable to the clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: September 23, 2011
      Wappingers Falls, New York        /s/ Thomas Genova

                                                                             THOMAS GENOVA, Trustee