UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In Re:
MANNGARD, BRIAN

Case No. (CGM) 10-35291
Chapter 7

Debtor(s).

TO THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY COURT

TRANSMITTAL OF UNCLAIMED FUNDS

THOMAS GENOVA, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case. Your trustee has voided/stopped payment on all checks remaining unpaid. The names of the persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | | |
|---|---|---|
| #1003 | VICTOR AGUAYO<br>48-11 45 STREET, APT. 6C<br>WPPDSODE. MU  11377 | 2,530.26 |
| #1004 | NYS DEPT OF TAXATION & FINANCE<br>WA HARRIMAN CAMPUS<br>ALBANY, NY  12227-0171 | 187.85 |
| #1008 | PABLO IRALA<br>134-10 MAPLE AVENUE, 1ST FLOOR<br>FLUSHING, NY  11355 | 50.21 |

2. Your trustee's check for $2,768.32, payable to the clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Dated: September 23, 2011
      Wappingers Falls, New York        /s/ Thomas Genova

                                                          THOMAS GENOVA, Trustee

CsDisChg

# U.S. Bankruptcy Court
## Southern District of New York (Poughkeepsie)
### Bankruptcy Petition #: 10-35291-cgm

*Assigned to:* Judge Cecelia G. Morris
Chapter 7
Voluntary
Asset

*Date filed:* 02/01/2010
*Debtor discharged:* 05/05/2010

*Debtor disposition:* Standard Discharge

*Debtor*
**Brian Manngard**
4 Hawthorne Drive
Monrow, NY 10950
SSN / ITIN: xxx-xx-6829

represented by **Devon Salts**
Salts Law Office
2644 East Main Street
Wappingers Falls, NY 12590
(914) 482-3137
Email: devonsalts@hotmail.com

*Trustee*
**Thomas Genova, Trustee**
1136 Route 9
Wappingers Falls, NY 12590
(845) 298-1600

*U.S. Trustee*
**United States Trustee**
74 Chapel Street
Albany, NY 12207
(518) 434-4553

represented by **Eric J. Small**
Office of the United States Trustee
74 Chapel Street, Suite 200
Albany, NY 12207
(518) 434-4553
Fax : (518) 434-4459

| Filing Date | # | Docket Text |
|---|---|---|
| 10/05/2011 | ⊙ 30 | Notice of Deposit of Unclaimed Dividends filed by Thomas Genova, Trustee on behalf of Thomas Genova, Trustee. (Genova, Trustee, Thomas) (Entered: 10/05/2011) |